FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 FEB 25 PM 12: 3
CLERK A. Moore
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DERRON JACKSON,

    Plaintiff,

v.

    CIVIL ACTION NO.: CV612-120

Officer BAMBERG; LARRY BRUTON;
Sgt. Lt. MOBLEY; and Major JACKSON,

    Defendants.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff reasserts the factual allegations of his Complaint. While Plaintiff may have experienced serious medical concerns, he fails to make any allegations which reveal that Defendant Bamberg was actually aware of his serious medical needs or was deliberately indifferent to those serious medical needs. Plaintiff does not appear to object to the Magistrate Judge's recommended disposition of his claims against Defendants Bruton, Mobley, and Jackson.

"A complaint must state a facially plausible claim for relief, and '[a] claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.'" Wooten v. Quicken Loans, Inc., 626 F.3d 1187, 1196 (11th Cir. 2010) (quoting Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009)). "A pleading that offers labels and conclusions or a

formulaic recitation of the elements of a cause of action" does not suffice. Ashcroft, 556 U.S. at 678. Plaintiff has failed to make the basic showing that Defendant Bamberg was deliberately indifferent to his serious medical needs.

The Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Plaintiff's Complaint is **DISMISSED** based on his failure to state a claim upon which relief may be granted. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

SO ORDERED, this 25 day of February, 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA